IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAREEM HOUSER, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00279-CAR |
| | * |
| Officer LARRY SULLIVAN, et al , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk